Opinion by HARALSON, J.

## Loftin v. The State.

APPEAL from Montgomery City Court.
Tried before the Hon. A. D. SAYRE.

No counsel marked as appearing for appellant.

CHARLES G. BROWN, Attorney-General, for the State.

The appellant was indicted, tried and convicted of carnal knowledge of a girl under ten years of age; and was sentenced to the penitentiary for ten years.

The judgment of conviction is affirmed.